No. 591. SOUTH PUERTO RICO SUGAR CO. TRADING CORP. *v.* UNITED STATES. Court of Claims. Certiorari denied. *Philip C. Scott* for petitioner. *Solicitor General Cox, Assistant Attorney General Douglas, Alan S. Rosenthal* and *Robert V. Zener* for the United States.

No. 592. WOJTAS ET AL. *v.* VILLAGE OF NILES. C. A. 7th Cir. Certiorari denied. *Lawrence Speiser* for petitioners. *Alvin G. Hubbard* and *Reese Hubbard* for respondent.

No. 593. KARPE *v.* UNITED STATES ET AL. Court of Claims. Certiorari denied. *Armond M. Jewell* for petitioner. *Solicitor General Cox, Assistant Attorney General Oberdorfer* and *Richard J. Heiman* for the United States.

No. 594. MARYLAND CASUALTY Co. *v.* JACOBSON. C. A. 8th Cir. Certiorari denied. *Rodger J. Walsh* for petitioner.

No. 595. SCHURINGA ET AL. *v.* CITY OF CHICAGO ET AL. Supreme Court of Illinois. Certiorari denied. *Albert W. Dilling* and *Kirkpatrick W. Dilling* for petitioners. *John C. Melaniphy* and *Sydney R. Drebin* for respondents.

No. 597. CUFF ET UX. *v.* VAN BOGART. Supreme Court of Ohio. Certiorari denied. *E. F. Trunko* for petitioners.

No. 601. ESTES *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *John D. Cofer* and *Hume Cofer* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Marshall Tamor Golding* for the United States.